HERMINA VANDEWEGHE, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued January 8, 1934; decided January 23, 1934.)

*Harry B. Chambers* and *Harry H. Chambers* for appellant.

*Paul Windels, Corporation Counsel (J. Joseph Lilly, Henry J. Shields, Charles W. Miller* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs. Third question certified answered in the negative; other questions not answered. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.